782 A.2d 420

TERRANCE FEARON, PLAINTIFF–CROSS–RESPONDENT,
v. LEPEL CORPORATION, ET AL., DEFENDANTS–
CROSS–PETITIONERS.

July 6, 2001.

Cross-petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Perreira v. Rediger* 169 *N.J.* 399, 778 *A.*2d 429 (2001).

782 A.2d 420

ADAMAR OF NEW JERSEY, INC., ETC., PLAINTIFF–RESPON-
DENT, v. DONNA ROSELLE, DEFENDANT, AND MILLAR
ELEVATOR, ET AL., DEFENDANTS–PETITIONERS.

July 16, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Mantilla v. NC Mall Associates,* 167 *N.J.* 262, 770 *A.*2d 1144 (2001).